No. 01–244. MIRANDA DE VILLALBA v. COUTTS & CO. (USA) INTERNATIONAL. C. A. 11th Cir. Certiorari denied. 

No. 01–245. DAHLZ v. SAN MATEO COUNTY, CALIFORNIA, ET AL. C. A. 9th Cir. Certiorari denied. 

No. 01–247. NAZIMUDDIN ET UX. v. WOODLANE FOREST CIVIC ASSN., INC., ET AL. Ct. App. Tex., 9th Dist. Certiorari denied.

No. 01–250. HALEY v. CHESAPEAKE'S PUBLIC SCHOOL SYSTEM ET AL. C. A. 4th Cir. Certiorari denied. 

No. 01–251. BROWN v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 01–254. PRIMO ET UX. v. COLANERO CONTRACTING CO. ET AL. Super. Ct. Pa. Certiorari denied. 

No. 01–256. JACKSON ET AL. v. TANGREEN. Ct. App. Ariz. Certiorari denied. 

No. 01–257. GREMMINGER v. CALIFORNIA. Ct. App. Cal., 6th App. Dist. Certiorari denied.

No. 01–263. DYNAQUEST CORP., DBA A. C. L., ET AL. v. UNITED STATES POSTAL SERVICE. C. A. D. C. Cir. Certiorari denied. 

No. 01–266. DEMAIO v. MERIT SYSTEMS PROTECTION BOARD. C. A. Fed. Cir. Certiorari denied. 

No. 01–267. STERN v. SAFECO, INC., ET AL. C. A. 9th Cir. Certiorari denied. 

No. 01–273. SCOVILLE v. UNITED STATES. C. A. 8th Cir. Certiorari denied. 

No. 01–275. JACOBS ET AL. v. AMERICAN EXPRESS CO., INC., ET AL. C. A. D. C. Cir. Certiorari denied.

No. 01–282. KILGROE v. PACIFIC MARITIME ASSN. ET AL. C. A. 9th Cir. Certiorari denied.